# United States Bankruptcy Court
## District of Massachusetts

In re   **Trans National Communications International, Inc.**

Debtor(s)

Case No. _____

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

/s/ Brian Twomey
**Brian Twomey/President**
Signer/Title