# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Trans National Communications International, Inc.     **Case Number:** 11-19595     **Ch:** 11

**Matter:**
#7 Emergency Motion filed by Debtor Trans National Communications International, Inc. for Use of Cash Collateral , The Approval of Agreement Regarding the Use of Cash Collateral, the Granting of Replacement Liens, the Entry of Scheduling Order Regarding Continued Use of Cash Collateral and Additional Relief (Emergency Determination Requested) (Attachments: # (1) Exhibit A and B) (Jeffery, Donald)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                           Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall conduct a hearing on [27] Emergency Motion filed by Debtor Trans National Communications International, Inc. for Use of Cash Collateral , The Approval of Agreement Regarding the Use of Cash Collateral, the Granting of Replacement Liens, the Entry of Scheduling Order Regarding Continued Use of Cash Collateral and Additional Relief on October 12, 2011 at 11:00am in Courtroom No. 2, 12th floor of the John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109-3945.  Any objections shall be filed by prior to the hearing. The moving party shall give immediate electronic, fax or telephonic notice of the hearing to all parties in interest and shall file a Certificate of Service prior to the hearing.

IT IS SO NOTED:            IT IS SO ORDERED:

                                         /s/ William C. Hillman      Dated: 10/11/2011

_____     _____
Courtroom Deputy            William C. Hillman, U.S. Bankruptcy Judge