UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Trans National Communications International, Inc.     **Case Number:** 11-19595     **Ch:** 11

**Matter:**
#7 Motion for (1) The Interim and permanent Use of Cash Collateral (2) The Approval of Agreement Regarding the Use of Cash Collatral (3) The Granting of Replacement Liens, (3) The Entry of Scheduling Order Regarding Continued Use of Cash Collateral and (4) Additional Relief   (E. Jeffrey0

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

\_\_\_\_\_Granted \_\_\_\_\_ Denied \_\_\_\_\_ Approved \_\_\_\_\_Sustained

\_\_\_\_\_Denied \_\_\_\_\_ Denied without prejudice \_\_\_\_\_Withdrawn in open court \_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

\_\_7\_\_Continued to: 10/26/2011 9:30 a.m. For:_____

\_\_\_\_\_Formal order/stipulation to be submitted by: _____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advisement:  Brief(s) due_____ From_____

                            Response(s) due_____  From_____

\_\_\_\_\_Fees allowed in the amount of: $_____ Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  Order to be submitted.

IT IS SO NOTED:           IT IS SO ORDERED:

                                         /s/ William C. Hillman     Dated: 10/12/2011

_____     _____

Courtroom Deputy         William C. Hillman, U.S. Bankruptcy Judge