UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

=======================================
)
In re:                                                                    )         Chapter 11
    TRANS NATIONAL COMMUNICATIONS    )         No.  11-19595–WCH
    INTERNATIONAL, INC.,                              )
                              Debtor              )
)
=======================================

**ERRATA**

The Court hereby corrects the Memorandum of Decision dated December 27, 2011, such that:

1. The reference to "The United States Trustee" in footnote 39 should properly read the "The Debtor;" and

2. The reference to the "The United States Trustee" appearing on page 11, line 16, should properly read "The Debtor."

                                                                                    _____
                                                                                     William C. Hillman
                                                                                     United States Bankruptcy Judge

December 29, 2011